## Prince *v.* The State.

APPEAL from Anniston City Court.

Tried before the Hon. THOMAS W. COLEMAN.

LAPSLEY & MARTIN, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Sylvester Prince, was indicted, tried and convicted for maliciously shooting at or into a pas-

42c

senger car which was a part of a railroad train; and was sentenced to the penitentiary for two years.

The judgment of conviction is affirmed.

Opinion by HARALSON, J.